# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arsenio L Hall<br>    Heather N Hall fka Heather N. Shearer,<br>fka Heather N. Loban<br>                     Debtor(s) | BK NO. 25-02225 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                          Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
31 Dec 2025, 12:19:41, EST

                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322