UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ARSENIO L HALL, | : | |
| HEATHER N HALL, | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| ARSENIO L HALL, | : | |
| HEATHER N HALL, | : | CASE NO. 1-25-BK-02225-HWV |

WITHDRAWAL OF TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

AND NOW, this 5th day of January 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Motion to Convert Case to Chapter 7 on or about November 21, 2025, be withdrawn.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 5th day of January 2026, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOHN M HYAMS ESQUIRE
1007 NORTH FRONT STREET, SUITE 3
HARRISBURG, PA 17102-

                                                    /s/ Ashley Schott
                                                    Office of Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee