United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Arsenio L Hall  
Heather N Hall  
    Debtors

Case No. 25-02225-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jan 16, 2026     Form ID: ntcnfhrg     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Arsenio L Hall, Heather N Hall, 352 High Street, Hanover, PA 17331-2305 |
| 5732595 | + | BH Acquisitions Holdings, LLC, 475 Madison Avenue, York, PA 17404-2847 |
| 5772290 | + | EBF Holdings, LLC d/b/a Everest Business Funding, Michael Reppas, Esq., 12496 NW 25 Street, Sweetwater, FL 33182-1505 |
| 5743689 | | Everest Business Funding etal., 108 W 38TH ST 6TH FL, New York, NY 10018 |
| 5732607 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 16 2026 18:45:43 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5756234 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2026 18:45:44 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5732596 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2026 18:45:43 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5758223 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2026 18:45:51 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5732597 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 18:45:44 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5759264 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 18:45:47 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5732598 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 16 2026 18:45:43 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5732605 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 16 2026 18:39:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5732599 | | Email/Text: mrdiscen@discover.com | Jan 16 2026 18:39:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5739808 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 16 2026 18:45:43 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5767966 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 16 2026 18:45:51 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5732600 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 16 2026 18:39:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5732601 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 16 2026 18:39:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5732602 | + | Email/Text: bankruptcy@huntington.com | Jan 16 2026 18:39:00 | Huntington National Bank, Attn: bankruptcy, POBox 340996, Columbus, OH 43234-0996 |
| 5732606 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2026 18:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5770806 | ^ | MEBN | Jan 16 2026 18:37:33 | LAKEVIEW LOAN SERVICING LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5732603 | | Email/Text: camanagement@mtb.com | Jan 16 2026 18:39:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5732609 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2026 18:39:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5734978 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2026 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5759132 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2026 18:39:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5756746 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2026 18:45:47 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5771357 | | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2026 18:45:43 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5732604 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 18:45:43 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5772375 | + | Email/Text: bankruptcy@huntington.com | Jan 16 2026 18:39:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 5732608 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jan 16 2026 18:39:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5732610 | ^ | MEBN | Jan 16 2026 18:37:44 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Matthew Hyams | on behalf of Debtor 1 Arsenio L Hall jmh@johnhyamslaw.com<br>acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Heather N Hall jmh@johnhyamslaw.com<br>acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Steven M. Carr | on behalf of Trustee Steven M. Carr stevecarr8@comcast.net<br>jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Arsenio L Hall,

    **Debtor 1**

Heather N Hall,
fka Heather N. Shearer, fka Heather N. Loban,

    **Debtor 2**

Chapter 13

Case No. 1:25−bk−02225−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 11, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: February 18, 2026 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 16, 2026 |

ntcnfhrg (08/21)