IN RE:                                          :
                                                :
ARSENIO L. HALL AND                             : NO. 1:25-bk-02225-HWV
HEATHER N. HALL,                                :
                  Debtors                       :
                                                : CHAPTER 13
BH ACQUISITIONS HOLDINGS, LLC,                  :
                  Movant                        :
          vs.                                   :
                                                :
ARSENIO L. HALL, HEATHER N. HALL                :
AND JACK N. ZAHAROPOULOS, Trustee,              :
                  Respondents                   :

## ORDER

AND NOW this ___ day of _____, 2026, the Objections of BH Acquisitions Holdings, LLC to Debtors' First Amended Chapter 13 Plan are sustained. Debtors are directed to file an Amended Plan within thirty (30) days from the date of this Order.