## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| ARSENIO L. HALL AND | : NO. 1:25-bk-02225-HWV |
| HEATHER N. HALL, | |
|     Debtors | : |
| | : CHAPTER 13 |
| BH ACQUISITIONS HOLDINGS, LLC, | : |
|     Movant | : |
|     vs. | : |
| | : |
| ARSENIO L. HALL, HEATHER N. HALL | : |
| AND JACK N. ZAHAROPOULOS, Trustee, | : |
|     Respondents | : |

## ORDER

AND NOW this ___ day of _____, 2026, the Objections of BH Acquisitions Holdings, LLC to Debtors' Second Amended Chapter 13 Plan are sustained. Debtors are directed to file a Third Amended Plan within thirty (30) days from the date of this Order.