# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Arsenio L. Hall
Heather N. Hall

CASE NO: 25-02225

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/6/2026, I did cause a copy of the following documents, described below,

4th Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/6/2026

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102
717-766-5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Arsenio L. Hall
Heather N. Hall

CASE NO: 25-02225

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 7/6/2026, a copy of the following documents, described below,

4th Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/6/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA  17102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-02225
MIDDLE DISTRICT OF PENNSYLVANIA
MON JUL 6 10-24-18 PST 2026

BH ACQUISISIONS HOLDINGS  LLC
475 MADISION AVENUE
YORK  PA 17404-2847

FORD MOTOR CREDIT COMPANY LLC  CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901


EXCLUDE

(U)LAKEVIEW LOAN SERVICING  LLC

EXCLUDE

US BANKRUPTCY COURT
SYLVIA H RAMBO US COURTHOUSE
1501 N 6TH STREET
HARRISBURG  PA 17102-1104

AFFIRM  INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587


BH ACQUISITIONS HOLDINGS  LLC
475 MADISION AVENUE
YORK PA 17404-2847

BH ACQUISITIONS HOLDINGS  LLC
475 MADISION AVENUE
YORK  PA 17404-2847

(P)DEPARTMENT OF LABOR  INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751


CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

CITIBANK
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS  MO 63179-0040


CITIBANK NA
CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 S CIMARRON RD
LAS VEGAS  NV 89113-2273

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY  OH 43054-3025


EBF HOLDINGS  LLC DBA EVEREST BUSINESS FUN
MICHAEL REPPAS  ESQ
12496 NW 25 STREET
SWEETWATER  FL 33182-1505

EVEREST BUSINESS FUNDING ETAL
108 W 38TH ST 6TH FL
NEW YORK  NY 10018

FORD MOTOR CREDIT COMPANY LLC
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901


FORD MOTOR CREDIT COMPANY LLC CO AIS PORTFO
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

GENESIS FS CARD SERVICES
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON  OR 97076-4401

GOLDMAN SACHS BANK USA
ATTN BANKRUPTCY
PO BOX 70379
PHILADELPHIA  PA 19176-0379


HUNTINGTON NATIONAL BANK
ATTN BANKRUPTCY
POBOX 340996
COLUMBUS  OH 43234-0996

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

LAKEVIEW LOAN SERVICING LLC
CO MT BANK
PO BOX 840
BUFFALO  NY 14240-0840


(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
16TH FLOOR  STRAWBERRY SQUARE
HARRISBURG  PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946  ATTNBANKRUPTCY
HARRISBURG  PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG  PA 17128-0946

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND  WA  98083-0788

RESURGENT RECEIVABLES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

SYNCHRONY BANK
ATTN  BANKRUPTCY DEPT
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON  TX  77210-4457

THE HUNTINGTON NATIONAL BANK
PO BOX 89424
OPC856
CLEVELAND  OH 44101-6424

EXCLUDE

(P)U S  DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG  PA 17108-1754

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG  PA 17102-1104

EXCLUDE

EXCLUDE

ARSENIO L HALL
352 HIGH STREET
HANOVER  PA 17331-2305

HEATHER N HALL
352 HIGH STREET
HANOVER  PA 17331-2305

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE

JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
1007 N FRONT STREET
SUITE 3 SOUTH
HARRISBURG  PA 17102-3320