United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 25-02225-HWV

Arsenio L Hall                                                                      Chapter 13

Heather N Hall

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                        Page 1 of 3

Date Rcvd: Jul 22, 2026               Form ID: nthrgreq                       Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Arsenio L Hall, Heather N Hall, 352 High Street, Hanover, PA 17331-2305 |
| cr | + | BH ACQUISISIONS HOLDINGS, LLC, 475 Madision Avenue, York, PA 17404-2847 |
| 5778650 | + | BH ACQUISITIONS HOLDINGS, LLC, 475 Madision Avenue, York,, PA 17404-2847 |
| 5732595 | + | BH Acquisitions Holdings, LLC, 475 Madision Avenue, York, PA 17404-2847 |
| 5743689 | | Everest Business Funding etal., 108 W 38TH ST 6TH FL, New York, NY 10018 |
| 5732607 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2026 19:01:58 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5756234 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 19:01:54 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5732596 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2026 19:01:58 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5758223 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2026 19:01:58 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5732597 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2026 19:01:54 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5759264 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2026 19:01:59 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5732598 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2026 19:01:54 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5732605 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 22 2026 18:51:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5732599 | | Email/Text: mrdiscen@discover.com | Jul 22 2026 18:51:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5772290 | + | Email/Text: Inhousebk@whetstoneholdings.com | Jul 22 2026 18:51:00 | EBF Holdings, LLC d/b/a Everest Business Funding, Michael Reppas, Esq., 12496 NW 25 Street, Sweetwater, FL 33182-1505 |
| 5739808 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2026 19:01:56 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5767966 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 22 2026 19:01:56 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, |

|  |  |  | Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 5732600 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 22 2026 18:51:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5732601 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 22 2026 18:51:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5732602 | + Email/Text: bankruptcy@huntington.com | Jul 22 2026 18:51:00 | Huntington National Bank, Attn: bankruptcy, POBox 340996, Columbus, OH 43234-0996 |
| 5732606 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2026 18:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5770806 | ^ MEBN | Jul 22 2026 18:46:46 | LAKEVIEW LOAN SERVICING LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5732603 | Email/Text: camanagement@mtb.com | Jul 22 2026 18:51:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5732609 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2026 18:51:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5734978 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2026 18:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5759132 | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2026 18:51:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5756746 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 19:01:56 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5771357 | Email/PDF: ebn_ais@aisinfo.com | Jul 22 2026 19:01:53 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5732604 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 22 2026 19:01:58 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5772375 | + Email/Text: bankruptcy@huntington.com | Jul 22 2026 18:51:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 5732608 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jul 22 2026 18:51:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5732610 | ^ MEBN | Jul 22 2026 18:46:53 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                 Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 2 Heather N Hall jmh@johnhyamslaw.com<br>acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Arsenio L Hall jmh@johnhyamslaw.com<br>acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Leon P Haller | on behalf of Creditor BH ACQUISISIONS HOLDINGS LLC lhaller@pkh.com,<br>dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Steven M. Carr | on behalf of Trustee Steven M. Carr stevecarr8@comcast.net<br>jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Arsenio L Hall

**Debtor 1**

Heather N Hall
fka Heather N. Shearer, fka Heather N. Loban

**Debtor 2**

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
**Movant(s)**

vs.

ARSENIO L HALL
HEATHER N HALL
**Respondent(s)**

Chapter: 13

Case number: 1:25−bk−02225−HWV

Document Number: 88

Matter: Motion to Convert Case to Chapter 7

| **Notice** |
| --- |

Notice is hereby given that:

This Bankruptcy Petition was filed on August 11, 2025.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | **Date: 8/11/26** **Time: 09:30 AM** |
| --- | --- |

Any objection/response to the above referenced matter must be filed and served on or before **August 5, 2026**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 22, 2026 |

nthrgreq(02/19)