United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 25-02225-HWV
Arsenio L Hall Chapter 7
Heather N Hall
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Aug 12, 2026 Form ID: 309A Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Arsenio L Hall, 352 High Street, Hanover, PA 17331-2305 |
| jdb | #+ | Heather N Hall, 352 High Street, Hanover, PA 17331-2305 |
| aty | + | Matthew K. Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | BH ACQUISISIONS HOLDINGS, LLC, 475 Madision Avenue, York, PA 17404-2847 |
| 5778650 | + | BH ACQUISITIONS HOLDINGS, LLC, 475 Madision Avenue, York,, PA 17404-2847 |
| 5732595 | + | BH Acquisitions Holdings, LLC, 475 Madison Avenue, York, PA 17404-2847 |
| 5743689 | | Everest Business Funding etal., 108 W 38TH ST 6TH FL, New York, NY 10018 |
| 5732607 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jmh@johnhyamslaw.com | Aug 12 2026 18:49:00 | John Matthew Hyams, Law Offices of John M. Hyams, 1007 N. Front Street, Suite 3 South, Harrisburg, PA 17102 |
| aty | | EDI: QLPHALLER | Aug 12 2026 22:50:00 | Leon P Haller, Purcell Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| aty | + | EDI: BSMCARR | Aug 12 2026 22:50:00 | Steven M. Carr, Ream Carr Markey Woloshin & Hunter LLP, 119 East Market Street, York, PA 17401-1221 |
| tr | + | EDI: BSMCARR | Aug 12 2026 22:50:00 | Steven M. Carr, Ream Carr Markey Woloshin & Hunter LLP, (Trustee), 119 East Market Street, York, PA 17401-1221 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Aug 12 2026 18:50:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| cr | + | EDI: AISACG.COM | Aug 12 2026 22:50:00 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5756234 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 19:01:16 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5732596 | | EDI: CAPITALONE.COM | Aug 12 2026 22:50:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5758223 | | EDI: CAPITALONE.COM | Aug 12 2026 22:50:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5732597 | | EDI: CITICORP | Aug 12 2026 22:50:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |

| | | | | |
|---|---|---|---|---|
| 5759264 | | EDI: CITICORP | Aug 12 2026 22:50:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5732598 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 12 2026 19:01:11 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5732605 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 12 2026 18:49:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5732599 | | EDI: DISCOVER | Aug 12 2026 22:50:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5772290 | + | Email/Text: Inhousebk@whetstoneholdings.com | Aug 12 2026 18:50:00 | EBF Holdings, LLC d/b/a Everest Business Funding, Michael Reppas, Esq., 12496 NW 25 Street, Sweetwater, FL 33182-1505 |
| 5739808 | + | EDI: AISACG.COM | Aug 12 2026 22:50:00 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5767966 | + | EDI: AISACG.COM | Aug 12 2026 22:50:00 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5732600 | | EDI: PHINGENESIS | Aug 12 2026 22:50:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5732601 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 12 2026 18:50:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5732602 | + | Email/Text: bankruptcy@huntington.com | Aug 12 2026 18:50:00 | Huntington National Bank, Attn: bankruptcy, POBox 340996, Columbus, OH 43234-0996 |
| 5732606 | | EDI: IRS.COM | Aug 12 2026 22:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5770806 | ^ | MEBN | Aug 12 2026 18:47:43 | LAKEVIEW LOAN SERVICING LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5732603 | | Email/Text: camanagement@mtb.com | Aug 12 2026 18:50:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5732609 | | EDI: PENNDEPTREV | Aug 12 2026 22:50:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5734978 | | EDI: PENNDEPTREV | Aug 12 2026 22:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5759132 | | EDI: Q3G.COM | Aug 12 2026 22:50:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5756746 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 19:01:11 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5771357 | | EDI: AIS.COM | Aug 12 2026 22:50:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5732604 | + | EDI: SYNC | Aug 12 2026 22:50:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5772375 | + | Email/Text: bankruptcy@huntington.com | Aug 12 2026 18:50:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 5732608 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Aug 12 2026 18:49:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5732610 | ^ | MEBN | Aug 12 2026 18:47:57 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Matthew Hyams | on behalf of Debtor 1 Arsenio L Hall jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Heather N Hall jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Leon P Haller | on behalf of Creditor BH ACQUISISIONS HOLDINGS LLC lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Steven M. Carr | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |
| Steven M. Carr | on behalf of Trustee Steven M. Carr stevecarr8@comcast.net jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Arsenio L Hall<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–4978<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Heather N Hall<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–4244<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 7 8/11/25 |
| Case number: | 1:25–bk–02225–HWV | Date case reconverted to chapter: | 7 8/11/26 |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**10/20**

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Arsenio L Hall | Heather N Hall |
| 2. | **All other names used in the last 8 years** | | fka Heather N. Shearer, fka Heather N. Loban |
| 3. | **Address** | 352 High Street<br>Hanover, PA 17331 | 352 High Street<br>Hanover, PA 17331 |
| 4. | **Debtor's attorney**<br>Name and address | John Matthew Hyams<br>Law Offices of John M. Hyams<br>1007 N. Front Street<br>Suite 3 South<br>Harrisburg, PA 17102 | Contact phone 717–520–0300<br>Email: jmh@johnhyamslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M. Carr<br>Ream Carr Markey Woloshin & Hunter LLP (Trustee)<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br>Email: stevecarr8@comcast.net |

**For more information, see page 2 >**



**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (https://www.pamb.uscourts.gov/receive–court–notices–and–orders–email–debn ), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: 8/12/26 |
| 7. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>***Valid photo ID and proof of Social Security number are required*** | **Date: September 16, 2026 at 01:30 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held in Zoom, visit join.zoom.us, Enter Meeting ID 259 203 5896, Click on JOIN using passcode 0745051560, or call 1–267–552–4893 |
| 8. | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/15/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |