United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 25-02225-HWV
Arsenio L Hall Chapter 7
Heather N Hall
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Aug 12, 2026 Form ID: pdf010 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Arsenio L Hall, 352 High Street, Hanover, PA 17331-2305 |
| jdb | #+ | Heather N Hall, 352 High Street, Hanover, PA 17331-2305 |
| cr | + | BH ACQUISISIONS HOLDINGS, LLC, 475 Madision Avenue, York, PA 17404-2847 |
| 5778650 | + | BH ACQUISITIONS HOLDINGS, LLC, 475 Madision Avenue, York,, PA 17404-2847 |
| 5732595 | + | BH Acquisitions Holdings, LLC, 475 Madison Avenue, York, PA 17404-2847 |
| 5743689 | | Everest Business Funding etal., 108 W 38TH ST 6TH FL, New York, NY 10018 |
| 5732607 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2026 19:01:11 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5756234 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 19:01:11 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5732596 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2026 19:01:11 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5758223 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2026 19:01:11 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5732597 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2026 19:01:16 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5759264 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2026 19:01:14 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5732598 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 12 2026 19:01:12 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5732605 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 12 2026 18:49:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5732599 | | Email/Text: mrdiscen@discover.com | Aug 12 2026 18:49:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5772290 | + | Email/Text: Inhousebk@whetstoneholdings.com | Aug 12 2026 18:50:00 | EBF Holdings, LLC d/b/a Everest Business Funding, Michael Reppas, Esq., 12496 NW 25 Street, Sweetwater, FL 33182-1505 |
| 5739808 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2026 19:01:11 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, |

| | | | | |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-7901 |
| 5767966 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2026 19:01:16 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5732600 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 12 2026 18:50:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5732601 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 12 2026 18:50:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5732602 | + | Email/Text: bankruptcy@huntington.com | Aug 12 2026 18:50:00 | Huntington National Bank, Attn: bankruptcy, POBox 340996, Columbus, OH 43234-0996 |
| 5732606 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 12 2026 18:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5770806 | ^ | MEBN | Aug 12 2026 18:47:43 | LAKEVIEW LOAN SERVICING LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5732603 | | Email/Text: camanagement@mtb.com | Aug 12 2026 18:50:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5732609 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2026 18:50:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5734978 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2026 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5759132 | | Email/Text: bnc-quantum@quantum3group.com | Aug 12 2026 18:50:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5756746 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 19:01:14 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5771357 | | Email/PDF: ebn_ais@aisinfo.com | Aug 12 2026 19:01:11 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5732604 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2026 19:01:11 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5772375 | + | Email/Text: bankruptcy@huntington.com | Aug 12 2026 18:50:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 5732608 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Aug 12 2026 18:49:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5732610 | ^ | MEBN | Aug 12 2026 18:47:57 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Matthew Hyams | on behalf of Debtor 1 Arsenio L Hall jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Heather N Hall jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com |
| Leon P Haller | on behalf of Creditor BH ACQUISISIONS HOLDINGS LLC lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Steven M. Carr | on behalf of Trustee Steven M. Carr stevecarr8@comcast.net jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **Arsenio L Hall** | **Chapter:** | **7** |
| **Debtor 1** | **Case No.:** | **1:25-bk-02225-HWV** |
| **Heather N Hall** | **Document No.:** | **97** |
| **Debtor 2** | **Nature of Proceeding:** | **Notice of Meeting of Creditors** |

**Notice**

Please disregard the Notice of 341 Meeting of Creditors dated 8/11/2026 and docketed at #97. The incorrect form contains a 341 meeting date of September 8, 2026 at 12:30 p.m. with Trustee Gendron. A new notice will be issued.

Order – Blank without Parties - Revised 04/18