**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| | : | Chapter 7 and 13 |
| In Re: Arsenio and Heather Hall | : | |
| | : | Case No.: 1:25-BK-02225-HWV |
| **Debtors.** | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Matthew Weisberg, Esq., on behalf of Creditor, Itria Ventures, in the above-captioned matter.

**WEISBERG LAW**

*/s/ Matthew Weisberg*
Matthew Weisberg, Esq.
*Attorneys for Creditor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| | : | Chapter 7 and 13 |
| In Re: Arsenio and Heather Hall | : | |
| | : | Case No.: 1:25-BK-02225-HWV |
| **Debtors.** | : | |

## CERTIFICATE OF SERVICE

I, Matthew Weisberg, Esquire, hereby certify that on this 26th day of August 2026, a true and correct copy of the foregoing Notice of Appearance was served via ECF upon all counsel of record.

**WEISBERG LAW**

/s/ Matthew Weisberg
Matthew Weisberg, Esq.
*Attorneys for Creditor*